UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON K. STRONG, | : | Case No. 2:16-cv-10078-RHC-EAS |
| | : | |
| Plaintiff, | : | Judge Robert H. Cleland |
| | : | |
| v. | : | Magistrate Judge Elizabeth A. Stafford |
| | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration, | :<br>:<br>: | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on August 28, 2016,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 28, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522